Matthew Franklin Jaksa (CA State Bar No. 248072)　　　　　　　* E-filed 11/9/07 *
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:   matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC., INTERSCOPE RECORDS;
CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.;
and ARISTA RECORDS LLC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　　　　Defendant. | CASE NO. C 07-04119 HRL<br><br>The Honorable Howard R. Lloyd<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND AMENDED ORDER** |

Plaintiffs respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 1:30 p.m. to February 12, 2008. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from December 7, 2007 to March 6, 2008.

Plaintiffs filed the Complaint against Defendant on August 9, 2007. Also on August 9, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on Stanford University ("Stanford") so that Plaintiffs could obtain information sufficient to identify Defendant. On August 20, 2007, this Court issued its Order Granting Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery. Pursuant to the Court's Order, Plaintiffs have served Stanford with a Rule 45 subpoena directing Stanford to produce certain information necessary to identify Defendant. Plaintiffs expect Stanford to respond to the subpoena on November 14, 2007.

Because Plaintiffs cannot identify Defendant until Stanford has responded to Plaintiffs' subpoena, there is not yet a known defendant with whom to confer, and a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for November 13, 2007, at 1:30 p.m. to February 12, 2008. Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on December 7, 2007, Plaintiffs further request that the time to serve the Summons and Complaint on Defendant be extended to March 6, 2008.

Dated: November 6, 2007                                          HOLME ROBERTS & OWEN LLP

By: */s/ Matthew Franklin Jaksa*
    Matthew Franklin Jaksa
    Attorney for Plaintiffs

**AMENDED ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for November 13, 2007, at 1:30 p.m. be continued to February 26, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to January 7, 2008.

Dated:  11/9/07                           By: _____
                                               Honorable Howard R. Lloyd
                                               United States Magistrate Judge